IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Jeannie E. Tanaka – #116289

                                                                    /

No. C 13-80084 WHA

**ORDER OF SUSPENSION**

 

Because Jeannie E. Tanaka has failed to respond to the order to show cause, Ms. Tanaka's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE